IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |  |
|---|---|---|
| LADONNA BOEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 14CV-759-CVE-PJC |
| | ) | |
| HARTFORD LIFE AND ACCIDENT | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties in this matter have reached a compromise agreement resolving all claims, and therefore stipulate to the dismissal of this action with prejudice to the filing of any future action with each party bearing their own costs and attorneys' fees.

Respectfully submitted,

*/s/ Shawn Spencer*
TERRY W. WEST, OBA #9496
BRADLEY C. WEST, OBA # 13476
J. SHAWN SPENCER, OBA #18840
THE WEST LAW FIRM
124 W. Highland
P.O. Box 698
Shawnee, Oklahoma 74802-0698
(405) 275-0040
(405) 275-0052 (Facsimile)

Page **1** of **2**

terry@thewestlawfirm.com
brad@thewestlawfirm.com
shawn@thewestlawfirm.com

**ATTORNEYS FOR PLAINTIFF LADONNA BOEN**


*/s/ Clyde A. Muchmore*  (signed by filing attorney with attorney's permission
CLYDE A. MUCHMORE, OBA #6482
CROWE & DUNLEVY
A Professional Corporation
Braniff Building
324 North Robinson Avenue, Suite 100
Oklahoma City, Oklahoma 73102
(405) 235-7700
(405) 239-6651 (Facsimile)
clyde.muchmore@crowedunlevy.com

-AND-

ELLIOT P. ANDERSON, OBA #21098
CROWE & DUNLEVY
A Professional Corporation
500 Kennedy Building
321 South Boston
Tulsa, Oklahoma 74103
(918) 592-9800
(918) 592-9801 (Facsimile)
elliot.anderson@crowedunlevy.com

**ATTORNEYS FOR DEFENDANT HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY**